The People of the State of New York, Respondent, *v.* Edgar C. Ackerman, Doing Business under the Firm Name of Houghton & Doran et al., Defendants, and Carlisle Rowntree, Appellant.

(Argued October 3, 1928; decided October 23, 1928.)

*Ben Herzberg* and *Kenneth F. Simpson* for appellant. *Albert Ottinger*, Attorney-General (*Timothy J. Shea, William H. Milholland* and *Francis J. Quillinan* of counsel), for respondent.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman, Kellogg and O'Brien, JJ.